COMMONWEALTH of Pennsylvania, Respondent

v.

Durant J. JOHNSON, Petitioner

No. 827 MAL 2016

Supreme Court of Pennsylvania.

May 9, 2017

## ORDER

PER CURIAM

AND NOW, this 9th day of May, 2017, the Petition for Allowance of Appeal is DENIED.

FREEDOM MORTGAGE CORPORATION, Respondent

v.

Patricia E. DENNIS, Petitioner

No. 789 MAL 2016

Supreme Court of Pennsylvania.

May 9, 2017

## ORDER

PER CURIAM

AND NOW, this 9th day of May, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Michael J. DOTSKO, Petitioner

No. 806 MAL 2016

Supreme Court of Pennsylvania.

May 9, 2017

## ORDER

PER CURIAM

AND NOW, this 9th day of May, 2017, the Petition for Allowance of Appeal is DENIED.